**Fill in this information to identify the case:**

Debtor name    **Professional Floor Covering and Cleaning, Incorporated**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-50405**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $      **334,068.51**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $      **334,068.51**

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $      **1,276,017.07**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$      **84,432.16**

4.    **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b        $      **1,360,449.23**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Professional Floor Covering and Cleaning, Incorporated**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-50405**

☐ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | $500.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Bank** | | **0445** | $0.00 |
| 3.2. | **Bank of America** | | **5936** | $41.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$541.00**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number *(If known)* **18-50405** |
|---|---|---|
| | Name | |

11. **Accounts receivable**

11a. 90 days old or less:

| 17,344.55 | - | 0.00 | = .... | $17,344.55 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $17,344.55 |
|---|

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Miscellaneous Hand Tools** | | **$0.00** | | **$1,000.00** |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $1,000.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number *(If known)* | **18-50405** |
|---|---|---|---|
| | Name | | |

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**5 Roll-Away Chairs** | **$0.00** | | **$125.00** |
| | **2 Desks** | **$0.00** | | **$100.00** |
| | **2 Filing Cabinets** | **$0.00** | | **$25.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**6 Laptops** | **$0.00** | | **$600.00** |
| | **1 Tablet** | **$0.00** | | **$150.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | **$1,000.00** |
|---|---|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2014 Chevy Express Cargo Van**<br>**Vin #1GCZGUBAXE1213832** | **$0.00** | | **$14,137.02** |

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | | Case number *(If known)* **18-50405** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.2. | **2014 Chevy Express Cargo Van**<br>Vin #1GCZGUBGXE1124802 | $0.00 | $11,528.92 |
| 47.3. | **2014 Chevy Silverado Truck**<br>Vin #1GCVKREC9EZ132894 | $0.00 | $12,902.68 |
| 47.4. | **2013 Chevy Express Box Truck**<br>Vin #1GB3G3BG6D1104971 | $0.00 | $8,565.62 |
| 47.5. | **2013 Chevy Silverado Truck**<br>Vin #1GC4K1E80DF132498 | $0.00 | $7,241.54 |
| 47.6. | **2015 Chevy City Express Van**<br>Vin #3N63M0YN5FK695348 | $0.00 | $12,719.94 |
| 47.7. | **2015 Chevy Silverado Truck**<br>Vin #1GC4K0E80FF630259 | $0.00 | $33,593.54 |
| 47.8. | **2015 Chevy Express Cargo Van**<br>Vin #1GCZGUCGXF1273498 | $0.00 | $17,954.92 |
| 47.9. | **2014 Chevy Express Cargo Van**<br>Vin #1GCWGGBGXE1127915 | $0.00 | $13,871.01 |
| 47.10. | **2017 Chevy Express Box Truck**<br>Vin #1GB3GSCG0H1101868 | $0.00 | $28,493.16 |
| 47.11. | **2016 Chevy Tahoe**<br>Vin #1GNSKCKC8GR426091 | $0.00 | $48,742.97 |
| 47.12. | **2018 Chevy Silverado Truck**<br>Vin #1GC4K0EY0JF141062 | $0.00 | $32,039.14 |
| 47.13. | **2017 Chevy Express Cargo Van**<br>Vin 1GCZGHFG3H1292044 | $0.00 | $25,395.00 |

| | | | |
|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**2015 Accucut Carpet Cutting Machine** | $0.00 | $7,250.00 |
| | **2012 Prochem Apex Truckmount Carpet Cleaning Machine**<br>Serial No. 10011390000307 | $0.00 | $7,000.00 |

Debtor    **Professional Floor Covering and Cleaning,**
**Incorporated**
_____
Name

Case number *(If known)* **18-50405**

| | | |
|---|---|---|
| **40 Omnidry Air Movers (Whistle Fans)** | $0.00 | $2,000.00 |
| **3 Phoenix R250 Dehumidifiers ($3,477.00)**<br>**1 Phoenix R200 Dehumidifier ($1,158.00)**<br>**12 Filters (12 x 12 x 1) M11 ($120.00)**<br>**2 Dri-Eaz Evolution Dehumidifiers w/410**<br>**($1,619.00)**<br>**18 Omnidry Air Movers 2.9 amp ($900.00)** | $0.00 | $7,274.00 |
| **2010 Prochem Sapphire 370 Carpet Cleaning**<br>**Machine** | $0.00 | $8,520.00 |
| **2013 Honda 3500 Pressure Washer** | $0.00 | $60.00 |
| **2018 Honda 1575-6030 Pressure Washer**<br>**Serial No. 162936** | $0.00 | $200.00 |
| **2010 Carolina Trailer Utility Landscape**<br>**Open Utility Trailer**<br>**VIN 5UNUS1423AR001063** | $0.00 | $1,000.00 |
| **2018 Carry-On Open Utility Trailer**<br>**VIN 6X12GW1BRK4YMBU122XJG034146** | $0.00 | $1,200.00 |
| **2016 Quality 6X10SA Cargo Trailer**<br>**VIN 50ZZ9Z1E6GN001138** | $0.00 | $1,000.00 |
| **Ozotech T-Ozone Generator**<br>**Serial No. K1743132** | $0.00 | $125.00 |
| **Ozone Generator**<br>**Serial No. K1743127** | $0.00 | $125.00 |
| **Ozone Generator**<br>**Serial No. K1743119** | $0.00 | $125.00 |
| **Ozone Generator**<br>**Serial No. K1743131** | $0.00 | $125.00 |
| **Air Scrubber**<br>**Serial No. SE-777 34 IP22** | $0.00 | $297.50 |
| **11 Revolution Dehumidifiers** | $0.00 | $9,526.00 |
| **3 Crawl Space Dehumidifers** | $0.00 | $1,170.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number *(If known)* | **18-50405** |
|---|---|---|---|
| | Name | | |

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $314,182.96 |
|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **1516 Mecklenburg Highway Mooresville, NC 28115** | **Real Estate Lease** | **$0.00** | | **$0.00** |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.    Patents, copyrights, trademarks, and trade secrets**

**61.    Internet domain names and websites**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Professional Floor Covering and Cleaning, Incorporated**

Case number *(If known)*    **18-50405**

Name

**https://professionalfloorcovering.net**          $0.00          $0.00

---

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**          $0.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
- ■ No
- ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No.  Go to Part 12.
- ☐ Yes Fill in the information below.

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number *(If known)* | **18-50405** |
|---|---|---|---|
| | Name | | |

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $541.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $17,344.55 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.**  *Copy line 23, Part 5.* | $1,000.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $314,182.96 | |
| 88.  **Real property.** *Copy line 56, Part 9* ...................................................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $334,068.51 | + 91b.   $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $334,068.51 |

**Fill in this information to identify the case:**

Debtor name __**Professional Floor Covering and Cleaning, Incorporated**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __18-50405__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |
| **2.1**  **ACE Funding Source, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | | **$35,000.00** | **$35,000.00** |
| **366 North Broadway**<br>**Jericho, NY 11753**<br>Creditor's mailing address | Describe the lien<br>**Blanket Lien** | | | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Date debt was incurred** | | | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | | |
| **2.2**  **Ally**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2014 Chevy Express Cargo Van**<br>**Vin #1GCZGUBAXE1213832** | | $14,137.02 | $14,137.02 |
| **PO Box 9001948**<br>**Louisville, KY 40290**<br>Creditor's mailing address | Describe the lien | | | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Date debt was incurred** | | | | |
| **Last 4 digits of account number**<br>**6242** | | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number (if know) | **18-50405** |
| --- | --- | --- | --- |
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally** | Describe debtor's property that is subject to a lien | $11,528.92 | $11,528.92 |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

**2014 Chevy Express Cargo Van**
**Vin #1GCZGUBGXE1124802**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8089**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally** | Describe debtor's property that is subject to a lien | $12,902.68 | $12,902.68 |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

**2014 Chevy Silverado Truck**
**Vin #1GCVKREC9EZ132894**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1988**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ally** | Describe debtor's property that is subject to a lien | $8,565.62 | $8,565.62 |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

**2013 Chevy Express Box Truck**
**Vin #1GB3G3BG6D1104971**

Describe the lien

Is the creditor an insider or related party?
■ No

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number (if know) | **18-50405** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0621**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ally** | Describe debtor's property that is subject to a lien | $7,241.54 | $7,241.54 |
|---|---|---|---|---|

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3184**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2013 Chevy Silverado Truck**
**Vin #1GC4K1E80DF132498**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Ally** | Describe debtor's property that is subject to a lien | $12,719.94 | $12,719.94 |
|---|---|---|---|---|

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1098**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2015 Chevy City Express Van**
**Vin #3N63M0YN5FK695348**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Ally** | Describe debtor's property that is subject to a lien | $33,593.54 | $33,593.54 |
|---|---|---|---|---|

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 11

**Debtor** Professional Floor Covering and Cleaning, Incorporated

Name

Case number (if know) **18-50405**

---

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7773**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2015 Chevy Silverado Truck**
**Vin #1GC4K0E80FF630259**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Ally** | **Describe debtor's property that is subject to a lien** | $17,954.92 | $17,954.92 |

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8146**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2015 Chevy Express Cargo Van**
**Vin #1GCZGUCGXF1273498**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.10 | **Ally** | **Describe debtor's property that is subject to a lien** | $13,871.01 | $13,871.01 |

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6764**

**2014 Chevy Express Cargo Van**
**Vin #1GCWGGBGXE1127915**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | | Case number (if know) | **18-50405** |
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | | | | |

**Ally**
Creditor's Name

PO Box 9001948
Louisville, KY 40290

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 2170**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2017 Chevy Express Box Truck**
**Vin #1GB3GSCG0H1101868**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

$28,493.16     $28,493.16

---

| 2.1 2 | | | | |

**Ally**
Creditor's Name

PO Box 9001948
Louisville, KY 40290

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 8266**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2016 Chevy Tahoe**
**Vin #1GNSKCKC8GR426091**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$48,742.97     $48,742.97

---

| 2.1 3 | | | | |

**Ally**
Creditor's Name

PO Box 9001948
Louisville, KY 40290

**Describe debtor's property that is subject to a lien**
**2018 Chevy Silverado Truck**
**Vin #1GC4K0EY0JF141062**

$32,039.14     $32,039.14

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number (if know) | **18-50405** |
| | Name | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4610**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Ally** | Describe debtor's property that is subject to a lien | $25,395.00 | $25,395.00 |

Creditor's Name

**2017 Chevy Express Cargo Van**
**Vin 1GCZGHFG3H1292044**

**PO Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7E11**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 5 | **Aztec Financial, LLC** | Describe debtor's property that is subject to a lien | $2,891.12 | $7,000.00 |

Creditor's Name

**2012 Prochem Apex Truckmount Carpet**
**Cleaning Machine**
**Serial No. 10011390000307**

**556 W. Confluence Avenue**
**Salt Lake City, UT 84123**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 11

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number (if know) | **18-50405** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 6**

**Aztec Financial, LLC**
Creditor's Name

**556 W. Confluence Avenue**
**Salt Lake City, UT 84123**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**40 Omnidry Air Movers (Whistle Fans)**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,828.76    $2,000.00

---

**2.1 7**

**Aztec Financial, LLC**
Creditor's Name

**556 W. Confluence Avenue**
**Salt Lake City, UT 84123**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3 Phoenix R250 Dehumidifiers ($3,477.00)**
**1 Phoenix R200 Dehumidifier ($1,158.00)**
**12 Filters (12 x 12 x 1) M11 ($120.00)**
**2 Dri-Eaz Evolution Dehumidifiers w/410 ($1,619.00)**
**18 Omnidry Air Movers 2.9 amp ($900.00)**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,466.85    $7,274.00

---

**2.1 8**

**BizFund, LLC**

Describe debtor's property that is subject to a lien

$80,000.00    $80,000.00

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 7 of 11

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number (if know) | **18-50405** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**2373 McDonald Ave
2nd Floor
Brooklyn, NY 11223**
Creditor's mailing address

Describe the lien
**Blanket Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
5501**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 9 | **CAP CALL, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $104,000.00 | $104,000.00 |
|---|---|---|---|---|

**122 E 42nd Street
STE 2112
New York, NY 10168**
Creditor's mailing address

Describe the lien
**Blanket Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 0 | **Capital Advance Services, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $50,000.00 | $50,000.00 |
|---|---|---|---|---|

**30 Broad Street
14th Floor
New York, NY 10004**
Creditor's mailing address

Describe the lien
**Blanket Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 8 of 11

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number (if know) | **18-50405** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

**2.2 1**

**Complete Business Solutions Group**
Creditor's Name

**d/b/a Par Funding**
**22 N 3rd Street**
**Philadelphia, PA 19106**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Blanket Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$670,000.00    $670,000.00

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

**2.2 2**

**Corporation Services Company, as Represe**
Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Blanket Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Unknown    Unknown

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

**2.2 3**

**Marlin Bank**

**Describe debtor's property that is subject to a lien**

$22,644.88    $7,250.00

---

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number (if know) | **18-50405** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**2015 Accucut Carpet Cutting Machine**

**PO Box 13604**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3001**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 4 | **TVT Capital, LLC** | Describe debtor's property that is subject to a lien | **$35,000.00** | **$35,000.00** |
|---|---|---|---|---|

Creditor's Name

**8 Hunters Ln**
**Roslyn, NY 11576**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Disputed

---

| 2.2 5 | **Wells Fargo Bank NA** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Notice Purposes Only**
**Apex Truckmount Unit**
**SN 10011390000307**

**200 South Main**
**Salt Lake City, UT 84111**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number (if know) | **18-50405** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,276,017.07** |
|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Professional Floor Covering and Cleaning, Incorporated**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**18-50405**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66.21** |
|---|---|---|---|

**American Olean**
**405 Forsyth Hall Drive**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __1123__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Capital One Credit Card**
**PO Box 105474**
**Atlanta, GA 30348-5474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$518.62** |
|---|---|---|---|

**Charleston County Treasurer**
**PO Box 100231**
**Columbia, SC 29202-3231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$227.02** |
|---|---|---|---|

**Cintas Corp**
**PO Box 630803**
**Cincinnati, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __3274__

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Professional Floor Covering and Cleaning, Incorporated | Case number (if known) | 18-50405 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,307.76 |
|---|---|---|---|
| | CleanSource, Inc.<br>1215 Metze Road<br>Columbia, SC 29210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.55 |
|---|---|---|---|
| | Dal-Tile<br>PO Box 209058<br>Dallas, TX 75320-9058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  1977 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,000.00 |
|---|---|---|---|
| | Heartland Payment Systems<br>One Heartland Way<br>Jeffersonville, IN 47130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Heartland Payment Systems<br>c/o Todd Pierce<br>1699 Woodfield Road<br>Suite 360A<br>Schaumburg, IL 60173 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Notice Purposes Only | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|
| | Worldpay<br>201 17th St NW #1000<br>Atlanta, GA 30363 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

  If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 84,432.16 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 84,432.16 |

**Fill in this information to identify the case:**

Debtor name __**Professional Floor Covering and Cleaning, Incorporated**__

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **18-50405**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Non-residential real property lease 1516 Mecklenburg Highway** |
|          State the term remaining | **5 years** |
|          List the contract number of any government contract | **George Moser 1518 Mecklenburg Highway Charlotte, NC 28211-5000** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Professional Floor Covering and Cleaning, Incorporated**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-50405**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Thomas Stoudenmier** | **119 Richland Lane Mooresville, NC 28115** | **Ally** | ■ D   **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2   **Thomas Stoudenmier** | **119 Richland Lane Mooresville, NC 28115** | **Ally** | ■ D   **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3   **Thomas Stoudenmier** | **119 Richland Lane Mooresville, NC 28115** | **Ally** | ■ D   **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4   **Thomas Stoudenmier** | **119 Richland Lane Mooresville, NC 28115** | **Ally** | ■ D   **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5   **Thomas Stoudenmier** | **119 Richland Lane Mooresville, NC 28115** | **Ally** | ■ D   **2.13** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | | Case number *(if known)* | **18-50405** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Thomas Stoudenmier** **119 Richland Lane Mooresville, NC 28115** | **Ally** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Thomas Stoudenmier** **119 Richland Lane Mooresville, NC 28115** | **Ally** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Thomas Stoudenmier** **119 Richland Lane Mooresville, NC 28115** | **Ally** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Thomas Stoudenmier** **119 Richland Lane Mooresville, NC 28115** | **Ally** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Thomas Stoudenmier** **119 Richland Lane Mooresville, NC 28115** | **Ally** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Thomas Stoudenmier** **119 Richland Lane Mooresville, NC 28115** | **Ally** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.12 | **Thomas Stoudenmier** **119 Richland Lane Mooresville, NC 28115** | **ACE Funding Source, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.13 | **Thomas Stoudenmier** **119 Richland Lane Mooresville, NC 28115** | **BizFund, LLC** | ■ D __2.18__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number *(if known)* | **18-50405** |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Thomas Stoudenmier** | **119 Richland Lane** **Mooresville, NC 28115** | **CAP CALL, LLC** | ■ D ___2.19___ ☐ E/F _____ ☐ G _____ |
| 2.15 | **Thomas Stoudenmier** | **119 Richland Lane** **Mooresville, NC 28115** | **Capital Advance Services, LLC** | ■ D ___2.20___ ☐ E/F _____ ☐ G _____ |
| 2.16 | **Thomas Stoudenmier** | **119 Richland Lane** **Mooresville, NC 28115** | **Complete Business Solutions Group** | ■ D ___2.21___ ☐ E/F _____ ☐ G _____ |
| 2.17 | **Thomas Stoudenmier** | **119 Richland Lane** **Mooresville, NC 28115** | **TVT Capital, LLC** | ■ D ___2.24___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Professional Floor Covering and Cleaning, Incorporated**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **18-50405**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other  **Operation of Business** | **$857,842.47** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other  **Operation of Business** | **$1,475,486.60** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other  **Operation of Business** | **$1,730,512.08** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor  **Professional Floor Covering and Cleaning, Incorporated**       Case number *(if known)*  **18-50405**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached list.** | | **$546,278.63** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Thomas Stoudenmier**<br>**119 Richland Lane**<br>**Mooresville, NC 28115**<br>**President** | **6/26/17 -**<br>**6/26/18** | **$104,000.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

Debtor   **Professional Floor Covering and Cleaning, Incorporated**    Case number *(if known)*   **18-50405**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    |---|---|---|---|
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **Moon Wright & Houston, PLLC** **121 West Trade Street** **Suite 1950** **Charlotte, NC 28202** | **Attorney Fees** | **5/16/18** | **$20,000.00** |
    | | Email or website address **smyers@mwhattorneys.com** | | | |
    | | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

    | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number *(if known)* **18-50405** |
|---|---|---|

---

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | **XXXX-1033** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2018** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     

Debtor  **Professional Floor Covering and Cleaning, Incorporated**          Case number *(if known)*  **18-50405**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Professional Floor Covering and Cleaning, Incorporated** | Case number *(if known)* | **18-50405** |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Scott Brumley**<br>**Brumley & Associates**<br>**14702 Statesville Road**<br>**Huntersville, NC 28078** | **2010 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Scott Brumley**<br>**Brumley & Associates**<br>**14702 Statesville Road**<br>**Huntersville, NC 28078** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kimbra R. Stoudenmier** | **119 Richland Lane**<br>**Mooresville, NC 28115** | **Owner** | **50%** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Professional Floor Covering and Cleaning, Incorporated**    Case number *(if known)*    **18-50405**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas M. Stoudenmier, II** | **119 Richland Lane Mooresville, NC 28115** | **Owner/President** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Thomas Stoudenmier 119 Richland Lane Mooresville, NC 28115** | **$104,000.00** | **6/26/17 - 6/26/18** | **Annual Salary** |
| | **Relationship to debtor President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Professional Floor Covering and Cleaning, Incorporated**                    Case number *(if known)*    **18-50405**

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 24, 2018**

**/s/ Thomas M. Stoudenmier II**                         **Thomas M. Stoudenmier II**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

# SOFA Question No. 3

**March 26 - June 26, 2018**

| Vendor | Total |
|---|---:|
| Ace Funding | 14,280.00 |
| Ally Auto | 10,107.12 |
| Anthony Pinto | 28,000.00 |
| Cap Call/Cardinal Equity | 24,915.00 |
| Complete Business Solutions | 140,893.89 |
| Engineered Floors, LLC | 8,134.08 |
| Horizon Forest Products | 12,532.98 |
| Joe  Mowbray | 8,186.40 |
| John O'Rourke | 22,500.00 |
| Lowe's | 13,746.92 |
| Mohawk Factoring, Inc. | 14,684.43 |
| Money Mailer | 12,900.00 |
| Moon Wright & Houston | 20,000.00 |
| Moser Family Rentals | 11,400.00 |
| Natpay | 80,270.68 |
| New ERA/Biz Funding | 20,880.00 |
| Shaw Industries, Inc. | 45,721.40 |
| TVT | 27,166.00 |
| Valpak | 16,500.00 |
| Wright Express | 13,459.73 |
|  |  |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re __Professional Floor Covering and Cleaning, Incorporated__                Case No.    __18-50405__
                                                                                                    Debtor(s)                Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | __Normal Hourly Rates__ |
| Prior to the filing of this statement I have received | $ | __20,000.00__ |
| Balance Due | $ | __0.00__ |

2.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
        **$8.898.50 is currently being held in trust in connection with MWH's anticipated post-petition representation of the
        Debtor in this Chapter 11 case.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Continued representation of the Debtor in the event the case is converted from Chapter 11 to another Chapter of
        the Bankruptcy Code.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| __July 24, 2018__ | **/s/ Richard S. Wright** |
| *Date* | **Richard S. Wright 24622** |
| | *Signature of Attorney* |
| | **Moon Wright & Houston, PLLC** |
| | **121 West Trade Street** |
| | **Suite 1950** |
| | **Charlotte, NC 28202** |
| | **704-944-6560   Fax: 704-944-0380** |
| | **smyers@mwhattorneys.com** |
| | *Name of law firm* |